# EXHIBIT A



CHI-TOWN HARLEY-DAVIDSON
17801 S LA GRANGE
TINLEY PARK, IL 60487-0000
(708) 623-6000

W.O. Number: 61760

Customer: 46560
ASSISE, ROBERT M
17710 IROQUOIS TRACE

TINLEY PARK, IL 60477

Phone: Work: Ext:
Fax: *Mobile: (708)308-3874
P.O. No: Tax No: Tax Exempt: No

Comments: ACCY INSTALL

Appointment: 7/19/2019 2:00PM
Offered Back: 7/20/19 12:00PM
Year: 2019
Mfg: HD
Model: FLHTCUTG
VIN: 1HD1MAF15KB859444
Color: MDNTBLU/BARSLVR W/PIN
Ref. No.:

Mileage In: 36
Mileage Out: 38
Shop Tag:
Plate No:
Service Advisor: SLD
Sold By: CLW
Invoice No: 120289
Dlr. Lic #:

**Work Order Notes:** RESET SECURITY PIN TO -----11658

T.PAK ARMRESTS ON BO TIL 8/7/19---CLW

SPOKE TO CUST 7/20/19 @ 3:58PM, WILL PU A WEEK FROM MONDAY ---CLW

**Event Number: 1** **Type:** R

**Description:** INSTALL ACCESSORIES

| Item Number / Job Code | Item Description / Labor Description | Delivered Quantity / Hours | Price Each / Hourly Rate | Extended Amount |
|---|---|---|---|---|
| 1801-0823 | MUFFLERS W/BT TRIGLIDE | 1.00 | 0.00 | 0.00 |
| 52423-09A | ADJ RIDER BACKREST,COMFOR | 1.00 | 0.00 | 0.00 |
| 54099-10 | INSTL KIT,ADJ BCKRST-TRIK | 1.00 | 0.00 | 0.00 |
| 56100255 | STREAMLINER HEATED HAND G | 1.00 | 0.00 | 0.00 |
| 57400224 | WINDSHIELD,TALL(15),CLEAR | 1.00 | 0.00 | 0.00 |
| 61400617 | KIT,TRIM,FLAG,AMERICAN,PR | 1.00 | 0.00 | 0.00 |
| 65900012 | CLAMP,MUFFLER | 3.00 | 0.00 | 0.00 |
| 69201599A | KIT,HARN/WRG,ELEC,CONNECT | 1.00 | 0.00 | 0.00 |
| 79179-08 | AIR WING T-PAK LUGGAGE RA | 1.00 | 0.00 | 0.00 |
| LABOR | Job Code: 0 Tech: JRP | 5.00 | 107.00 | 535.00 |
| **Work Description:** | INSTALL ACCESSORIES | | | |
| | | **Sub-total For Event (without Tax):** | | **535.00** |

**Event Number: 2** **Type:** R

**Description:** APPEARANCE PACKAGE RO# 61686

**Sub-total For Event (without Tax):** **0.00**

7/12/2019
5:52PM

17801 S LA GRANGE
TINLEY PARK, IL 60487-0000
Phone:(708) 623-6000
Fax:(708) 633-8748

QUOTE

Quote Number: 109,455

Console No: 062 | Sold By: GLM
State Tax Package: 3

Customer Number: 46560
ASSISE, ROBERT
17710 IROQUOIS TRACE
TINLEY PARK, IL, 60477

Phone:
Work: | Ext:
Fax:
P.O. No:
Tax Exempt: No | Tax No:

| Item Number | Description | Delivered Quantity | Special Order Quantity | Retail Price | | Bin 1 Location | Bin 2 Location | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 0822-0245 | ARMRESTS HD TOURPAK | 0 | 1.00 | 349.99 | | | | 349.99 |
| 1801-0823 | MUFFLERS W/BT TRIGLIDE | 0 | 1.00 | 724.99 | | | | 724.99 |
| 52423-09A | ADJ RIDER BACKREST,COMFOR | 1 | 0.00 | 124.99 | 18.75 | 126-A | | 106.24 |
| 54099-10 | INSTL KIT,ADJ BCKRST-TRIK | 0 | 1.00 | 219.95 | 32.99 | 126-E | | 186.96 |
| 56100255 | STREAMLINER HEATED HAND G | 1 | 0.00 | 279.95 | 41.99 | GG | | 237.96 |
| 57400224 | WINDSHIELD,TALL(15),CLEAR | 0 | 1.00 | 134.95 | 20.24 | 507-B | | 114.71 |
| 61400617 | KIT,TRIM,FLAG,AMERICAN,PR | 1 | 0.00 | 64.95 | 9.74 | NN | 132-E | 55.21 |
| 65900012 | CLAMP,MUFFLER | 3 | 0.00 | 8.24 | 1.24 | PS | | 21.00 |
| 69201599A | KIT,HARN/WRG,ELEC,CONNECT | 1 | 0.00 | 34.95 | 5.24 | 117-A | | 29.71 |
| 79179-08 | AIR WING T-PAK LUGGAGE RA | 1 | 0.00 | 199.95 | 29.99 | 121 | | 169.96 |

Parts 1996.73
Labor 749.00
$2745.73

$749.00 LBR.

| | |
|---|---|
| Item Total: | 2159.39 |
| Discount: | 162.66 |
| Subtotal: | 1,996.73 |
| Other Tax & Fees Total: | 0.00 |
| Sales Tax Total: | 194.68 |
| Total Amount Due: | 2191.41 |

************************************************************

!!!THIS IS A QUOTE--NOT A RECEIPT!!!

PRICES MAY BE SUBJECT TO CHANGE.

************************************************************

CHI-TOWN HARLEY-DAVIDSON
17801 S LA GRANGE
TINLEY PARK, IL 60487-0000
(708) 623-6000

W.O. Number: 62254

Customer: 46560
ASSISE, ROBERT M
17710 IROQUOIS TRACE

TINLEY PARK, IL 60477

Phone: Work: Ext:
Fax: *Mobile: (708)308-3874
P.O. No: Tax No: Tax Exempt: No

Comments: PASSENGER ARMREST

Appointment: 8/30/2019 2:21PM
Offered Back: 9/9/19 12:00PM
Year: 2019
Mfg: HD
Model: FLHTCUTG
VIN: 1HD1MAF15KB859444
Color: MDNTBLU/BARSLVR W/PIN
Ref. No.:

Mileage In: 360
Mileage Out: 361
Shop Tag:
Plate No:
Service Advisor: NGT
Sold By: CLW
Invoice No: 125422
Dlr. Lic #:

| Item Number / Job Code | Item Description / Labor Description | Delivered Quantity / Hours | Price Each / Hourly Rate | Extended Amount |
|---|---|---|---|---|

**Work Order Notes:** BA 9/9 INSTALLED L SIDE COVER
INSTALED T PAC ARM RESTS
PASSENGER ARMREST /
GIVE SIDE TO BE TAKEN OFF TO LARRY IN SALES

9/10/19 1:35 CC UNIT WILL BE READY FOR PU TOMORROW MID TO LATE MORNING (24 HOURS FOR PAINT PROTECTION TO DRY) -- SD

**Event Number: 1** **Type: R**

**Description:** PASSENGER ARM REST
**Customer States:** PASSENGER ARM REST

| | | | | |
|---|---|---|---|---|
| 0822-0245 | ARMRESTS HD TOURPAK | 1.00 | 0.00 | 0.00 |
| LABOR | Job Code: 0 Tech: BRA | 2.00 | 107.00 | 214.00 |

**Work Description:** PASSENGER ARM REST

**Sub-total For Event (without Tax):** **214.00**

**Event Number: 2** **Type: R**

**Description:** INSTALL RIGHT PANEL SIDE
**Customer States:** INSTALL RIGHT PANEL SIDE - PART IN SERVICE PART RACK

**Sub-total For Event (without Tax):** **0.00**

| | |
|---|---|
| SO/Layaway Deposit: | 0.00 |
| Work Order Deposit: | 214.00 |

Chi-Town Harley-Davidson thanks you for your business and trust. Our goal is your satisfaction. Warranty on OEM parts is 90 days and all aftermarket warranties require prior approval and do vary by manufacturer. Labor on all accessories is not warrantied. All Customer and/or Take off parts not picked up within 5 days will be disposed of. All completed service motorcycles not picked up within 5 days shall be assessed a $25.00 storage fee per day with out prior approval. Repair estimates are good for 30 days from date of completed estimate

| | |
|---|---|
| Item Total: | 0.00 |
| Labor Total: | 214.00 |
| Contract Labor: | 0.00 |
| Shop Supplies: | 0.00 |
| Total Deductible(s): | 0.00 |
| Storage Fee: | 0.00 |
| Tax/Fee Charges: | 0.00 |
| Tire User Tax: | 0.00 |
| Total Amount: | 214.00 |
| Total Received: | 0.00 |
| Change Tendered: | 0.00 |

X
Customer Signature

Date

9/30/19
6:28PM

WORK ORDER BILLING
Customer Copy

LABOR
heel guard
kit light alway

CHI-TOWN HARLEY-DAVIDSON
17801 S LA GRANGE
TINLEY PARK, IL 60487-0000
(708) 623-6000

Customer: 46560
ASSISE, ROBERT M
17710 IROQUOIS TRACE

TINLEY PARK, IL 60477

Phone: Work: Ext:
Fax: *Mobile: (708)308-3874
P.O. No: Tax No: Tax Exempt: No

Comments: BOOTGUARD AND LUGGAGE RACK LIGHT

W.O. Number: 62562
Appointment: 9/30/2019 9:14AM
Mileage In: 430
Offered Back: 9/30/19 5:36PM
Mileage Out: 431
Year: 2019
Shop Tag:
Mfg: HD
Plate No:
Model: FLHTCUTG
Service Advisor: NGT
VIN: 1HD1MAF15KB859444
Sold By: SLD
Color: MDNTBLU/BARSLVR W/PIN
Invoice No: 127092
Ref. No.:
Dlr. Lic #:

| Item Number / Job Code | Item Description / Labor Description | Delivered Quantity / Hours | Price Each / Hourly Rate | Extended Discount | Extended Amount |
|---|---|---|---|---|---|
| **Event Number: 1** | **Type:** R | | | | |
| **Description:** | BOOTGUARD AND LUGGAGE RACK LIGHT | | | | |
| **Customer States:** | BOOTGUARD AND LUGGAGE RACK LIGHT | | | | |
| 50500225 | RIDER FOOTBOARD HEEL GUAR | 1.00 | 69.95 | 13.99 | 55.96 |
| 68000112 | KIT-LIGHT,AIR WING,T-PAK, | 1.00 | 69.95 | 13.99 | 55.96 |
| LABOR | Job Code: 0 Tech: MEL | 1.50 | 107.00 | 0.00 | 160.50 |
| **Work Description:** | BOOTGUARD AND LUGGAGE RACK LIGHT | | | | |
| **Work Resolution:** | INSTALLED BOOTGUARD AND LUGGAGE RACK LIGHT | | | | |
| | **Sub-total For Event (without Tax):** | | | | **272.42** |

**Check/Credit Card Details**

**Merchant ID:** 576231
**EPP Inv ID:** 1000072889 **Emp #:** 121

| Type | Number | Amount |
|---|---|---|
| _VS | XXXX-XXXX-XXXX-0962 | 169.31 |

| | |
|---|---|
| Credit Card: | 169.31 |
| SO/Layaway Deposit: | 122.84 |
| Work Order Deposit: | 0.00 |
| Discount: | 27.98 |
| Item Total: | 111.92 |
| Labor Total: | 160.50 |
| Contract Labor: | 0.00 |
| Shop Supplies: | 8.03 |
| Total Deductible(s): | 0.00 |
| Storage Fee: | 0.00 |
| Tax/Fee Charges: | 11.70 |
| Tire User Tax: | 0.00 |
| Total Amount: | 292.15 |
| Total Received: | 169.31 |
| Change Tendered: | 0.00 |

Chi-Town Harley-Davidson thanks you for your business and trust. Our goal is your satisfaction. Warranty on OEM parts is 90 days and all aftermarket warranties require prior approval and do vary by manufacturer. Labor on all accessories is not warrantied. All Customer and/or Take off parts not picked up within 5 days will be disposed of. All completed service motorcycles not picked up within 5 days shall be assessed a $25.00 storage fee per day with out prior approval. Repair estimates are good for 30 days from date of completed estimate

X
Customer Signature

Date

CHI-TOWN HARLEY-DAVIDSON
17801 S LA GRANGE
TINLEY PARK, IL 60487-0000
(708) 623-6000

Customer: 46560
ASSISE, ROBERT M
17710 IROQUOIS TRACE

TINLEY PARK, IL 60477
Phone: Work: Ext:
Fax: *Mobile: (708)308-3874
P.O. No: Tax No: Tax Exempt: No

Comments: HITCH & HARNESS PAID OTC

W.O. Number: 68246
Appointment: 7/09/2021 1:30PM
Mileage In: 851
Offered Back: 7/9/21 5:41PM
Mileage Out: 852
Year: 2019
Shop Tag:
Mfg: HD
Plate No:
Model: FLHTCUTG
Service Advisor: NGT
VIN: 1HD1MAF15KB859444
Sold By: LAD
Color: MDNTBLU/BARSLVR W/PIN
Invoice No: 194443
Ref. No.:
Dlr. Lic #:

| Item Number / Job Code | Item Description / Labor Description | Delivered Quantity / Hours | Price Each / Hourly Rate | Extended Amount |
|---|---|---|---|---|

**Work Order Notes:** HITCH & HARNESS PAID OTC
HITCH & HARNESS INSTALLED

**Event Number: 1** **Type:** R

**Description:** HITCH & HARNESS PAID OTC
**Customer States:** HITCH & HARNESS PAID OTC

| Item Number / Job Code | Item Description / Labor Description | Delivered Quantity / Hours | Price Each / Hourly Rate | Extended Amount |
|---|---|---|---|---|
| 0502111 | 4" CABLE TIE BLK (100) | 5.00 | 0.99 | 4.95 |
| 0502141 | 7" CABLE TIE BLK (100) | 5.00 | 0.99 | 4.95 |
| 3902-0095 | HITCH RECV 11-19 HD TRIKE | 1.00 | 327.99 | 327.99 |
| 3902-0159 | HARNESS TRAILR FLHX 14-19 | 1.00 | 126.99 | 126.99 |
| LABOR | Job Code: 0 Tech: MWB | 2.00 | 117.00 | 234.00 |
| **Work Description:** | HITCH & HARNESS PAID OTC | | | |

**Sub-total For Event (without Tax):** **698.88**

327⁹⁹

**Check/Credit Card Details**

**Merchant ID:** 576231
**EPP Inv ID:** 1000114470 **Emp #:** 10087

| Type | Number | Amount |
|---|---|---|
| _VS | XXXX-XXXX-XXXX-0520 | 257.70 |

2566

| | |
|---|---|
| Credit Card: | 257.70 |
| SO/Layaway Deposit: | 499.34 |
| Work Order Deposit: | 0.00 |
| Item Total: | 464.88 |
| Labor Total: | 234.00 |
| Contract Labor: | 0.00 |
| Shop Supplies: | 11.70 |
| Total Deductible(s): | 0.00 |
| Storage Fee: | 0.00 |
| Tax/Fee Charges: | 46.46 |
| Tire User Tax: | 0.00 |
| Total Amount: | 757.04 |
| Total Received: | 257.70 |
| Change Tendered: | 0.00 |

Chi-Town Harley-Davidson thanks you for your business and trust. Our goal is your satisfaction. Warranty on OEM parts is 90 days and all aftermarket warranties require prior approval and do vary by manufacturer. Labor on all accessories is not warrantied. All Customer and/or Take off parts not picked up within 5 days will be disposed of. All completed service motorcycles not picked up within 5 days shall be assessed a $25.00 storage fee per day with out prior approval. Repair estimates are good for 30 days from date of completed estimate

X
Customer Signature

Date

11/1/19 4:17PM

WORK ORDER ESTIMATE
DEALER COPY

Page:1

CHI-TOWN HARLEY-DAVIDSON
17801 S LA GRANGE
TINLEY PARK, IL 60487-0000
(708) 623-6000

W.O. Number: 62845

Customer: 46560
ASSISE, ROBERT M
17710 IROQUOIS TRACE

TINLEY PARK, IL 60477

Phone: Work: Ext:
Fax: *Mobile: (708)308-3874
P.O. No: Tax No: Tax Exempt: No
Comments: 1K SERVICE 20W/50 CHROME FILTER

Appointment: 11/1/19 11:00AM Mileage In: 802
Offered Back: 11/1/19 2:15PM Mileage Out: 803
Year: 2019 Shop Tag:
Mfg: HD Plate No:
Model: FLHTCUTG Service Advisor: NGT
VIN: 1HD1MAF15KB859444 Sold By: NGT
Color: MDNTBLU/BARSLVR W/ Invoice No: 0
Ref. No.: Dlr. Lic #:

Extended Amount

**Event Number: 1** **Type: R**

**Description:** 1K SERVICE 20W/50 CHROME FILTER

| | | | | |
|---|---|---|---|---|
| 089093000 | MULTI PURPOSE SOLVENT | 1.00 | 6.30 | 6.30 |
| 17369-06 | GASKET SERVICE KIT, 1K, 5 | 1.00 | 5.31 | 5.31 |
| 62600004 | FORMULA+,1-QT,BTL | 2.00 | 8.49 | 16.98 |
| 62600007 | H-D 360 20W50,1-QT,BTL | 5.00 | 7.49 ✓ | 37.45 |
| 63798-99A | OIL FILTER, CHROME SUPERP | 1.00 | 14.95 | 14.95 |
| LABOR | Job Code: 0 Tech: JTS1 | 2.50 | 107.00 | 267.50 |

**Work Description:** 1K SERVICE 20W/50 CHROME FILTER

**Sub-total For Event (without Tax): 348.49**

| | |
|---|---|
| SO/Layaway Deposit: | 0.00 |
| Work Order Deposits: | 0.00 |
| Item Total: | 80.99 |
| Labor Total: | 267.50 |
| Contract Labor: | 0.00 |
| Shop Supplies: | 13.38 |
| Storage Fees: | 0.00 |
| Tax Total: | 9.20 |
| Tire User Tax: | N/A |
| Deductible(s) Total: | 0.00 |
| Work Order Total : | 371.07 |
| Deposits: | 0.00 |
| Total Balance Due: | 371.07 |

This is an Estimate Only and NOT an Order to Repair.
All customer and/or take off parts not picked up within 5 days will be disposed of.
All completed service motorcycles not picked up within 5 days shall be assessed a $25.00 storage fee per day with out prior approval. Prices subject to change without notice. Repair estimates are good for 30 days from date of completed estimate.

This Is An Estimate Only!
Prices Subject To Change!
Not a Receipt!
* Indicates Special Order Item

X

Customer Signature

Date