UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE ASSISE and ROBERT ASSISE, individually and on behalf of all others similarly situated, | Civil Case No. 1:22-cv-06068 <br><br> Hon. Virginia M. Kendall |
| Plaintiffs, | |
| vs. | |
| HARLEY-DAVIDSON, INC., | |
| Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, September 15, 2022 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her, in Room 2319 of the Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, and shall present **Joint Motion to Stay Proceedings in Light of JPML Activity**.

Dated: December 12, 2022

Respectfully submitted,

/s/*Todd Gale*
Todd Gale
**DYKEMA GOSSETT PLLC**
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Ph. 312-876-1700
tgale@dykema.com

## CERTIFICATE OF SERVICE / NOTICE OF ELECTRONIC FILING

The undersigned, a non-attorney, hereby certifies, that on this **12th day of December, 2022,** she electronically filed the foregoing **Notice of Motion and Motion** with the Clerk of the United States District Court For the Northern District of Illinois, using the ECF filing system, which sent electronic notification of this filing to any registered attorneys of record.

*/s/Carolyn Surovic*
Carolyn Surovic